May 01 2008 13:05    Swanson Thomas Coon         503-273-9175         p.2
04/30/2008 15:21 FAX  213 887 3702    MUNGER TOLLES & OLSON                  ☐002/006
Apr 30 2008 12:47    Swanson Thomas Coon         503-273-9175         p.2

JAMES S. COON
(Oregon State Bar No. 77145)
jcoon@stc-law.com
SWANSON THOMAS & COON
820 S.W. Second Avenue, Ste. 200
Portland, OR 97204
Tel:  (503) 228-5222
Fax: (503) 273-9175

Attorneys for Plaintiff Jeffrey Poole
[Additional Attorneys follow signature page]

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| JEFFREY POOLE, WINSOME P. CARTER, JAMES C. HOWELL, JEFFREY KEMP, ANDREA LOUGHLIN, HENRY V. M. MULTALA, ANTHONY PALUMBO, MARY O'REILLY, BURKHARD SPRING, DAVID BACHRACH, PETER R. GARRISON, ROBERT TRAITZ, EDWARD FRANCE, EDWARD C. REINHART, MICHAEL WENDLING and RICHARD J. TESTA, JR., on behalf of themselves, the general public, and all others similarly situated, Plaintiffs, vs. MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, Defendant. | CASE NO.   CV 06-1657 HA<br><br>JOINT MOTION TO ALLOW FILING OF AMENDED COMPLAINT FOR:<br><br>1. RECOVERY OF OVERTIME PAY UNDER THE FAIR LABOR STANDARDS ACT (29 U.S.C. §§ 201, et seq.)<br><br>2. RECOVERY OF OVERTIME PAY UNDER THE LABOR LAWS OF THE STATES OF THE UNITED STATES<br><br>3. RECOVERY OF ILLEGAL WAGE DEDUCTIONS UNDER THE LABOR LAWS OF THE STATES OF THE UNITED STATES<br><br>Jury Trial Demanded |

1 – JOINT MOTION TO ALLOW FILING OF AMENDED COMPLAINT

The parties to this action hereby jointly move, pursuant to their negotiations and to facilitate the settlement of this matter, that the filing of the attached First Amended Complaint be allowed.

Dated: April 30, 2008

SWANSON THOMAS & COON

By /s/James S. Coon
JAMES S. COON
Attorneys for Plaintiff Jeffrey Poole and, as authorized, as Attorneys for all Plaintiffs

Dated: May 2, 2008

LITTLER MENDELSON, P.C.

By: _____
Leigh Ann Collings Tift
Oregon State Bar No. 05473
One Union Square
600 University Street, Ste. 3200
Seattle, WA 98101-3122
Telephone: (206) 381-4905
Facsimile: (206) 447-6965

Attorneys for Defendant (Local Counsel)

Dated: April 30 2008

MUNGER, TOLLES Et Al

By: _____
Terry Edward Sanchez
California State Bar No.: 101318
355 South Grand Ave.
Los Angeles, CA 90017
Telephone: (213) 683-9100
Facsimile (213) 683-5179

Attorneys for Defendant

2 – JOINT MOTION TO ALLOW FILING OF AMENDED COMPLAINT

Additional Attorneys for the Plaintiffs:[1]

JAMES F. CLAPP
jclapp@sdlaw.com
DOSTART, CLAPP, GORDON &
    COVENEY, LLP
4370 La Jolla Village Drive
Suite 970
San Diego, CA 92122
Tel: (858) 623-4200
Fax: (858) 623-4299
Attorneys for Plaintiffs Edward C.
Reinhart and Jeffrey Poole

KENNETH LEHN
klehn@winnebanta.com
EDWARD P. D'ALESSIO
edalessio@winnebanta.com
WINNE, BANTA, HETHERINGTON,
    BASRALIAN & KAHN, P.C.
Court Plaza South
21 Main Street
P.O. Box 647
Hackensack, New Jersey 07601
Tel: (201) 487-3800
Fax: (201) 487-8529
Attorneys for Plaintiffs Winsome P.
Carter, James C. Howell, Jeffrey Kemp,
Andrea Loughlin, Henry V. M. Multala,
Burkhard Spring and Robert Traitz

NORMAN SHABEL
nshabel@shabeldenittis.com
STEPHEN P. DENITTIS
sdenittis@shabeldenittis.com
SHABEL & DENITTIS, P.C.
5 Greentree Centre, Suite 302
Marlton, New Jersey 08053
Tel: (856) 797-9951
Fax: (856) 797-9978
Attorneys for Plaintiff Edward France

JEFFREY G. SMITH
smith@whafh.com
ROBERT ABRAMS
abrams@whafh.com
WOLF HALDENSTEIN ADLER
    FREEMAN & HERZ, LLP
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 545-4653
Attorneys for Plaintiffs Anthony
Palumbo, Mary O'Reilly and Peter R.
Garrison

---

[1] The additional attorneys for plaintiffs will, if required by the Local Rules of Civil Practice, or otherwise, seek special admission to practice before this court.

3 – JOINT MOTION TO ALLOW FILING OF AMENDED COMPLAINT

May 01 2008 13:05    Swanson Thomas Coon         503-273-9175         p.5
04/30/2008 15:22 FAX  213 687 3702    MUNGER TOLLES & OLSON           @005/006
Apr 30 2008 12:47    Swanson Thomas Coon         503-273-9175         p.5

Additional Attorneys for the Plaintiffs:

JERRY K. CIMMET
cimmet@att.net
Attorney at Law
177 Bovet Road, Suite 600
San Mateo, CA 94402
Tel:  (650) 866-4700
Fax:  (650) 866-4770
Attorney for Plaintiffs Winsome P.
Carter, James C. Howell, Jeffrey Kemp,
Andrea Loughlin, Henry V. M. Multala,
Burkhard Spring and Robert Traitz

RICHARD GLICKMAN
glickmanlawcorp@yahoo.com
One Maritime Plaza
Suite 1600
San Francisco, CA 94111
Tel:  (415) 362-7685
Fax:  (415) 781-1034
Attorney for Plaintiffs Anthony
Palumbo and Peter R. Garrison

H. TIM HOFFMAN
hth@hoffmanandlazear.com
ARTHUR W. LAZEAR
awl@hoffmanandlazear.com
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Tel:  (510) 763-5700
Fax:  (510) 835-1311
Attorneys for Plaintiff Jeffrey Poole

PHILIP STEPHEN FUOCO
pfuoco@msn.com
JOSEPH OSEFCHEN
josefchen@msn.com
LAW FIRM OF
PHILIP STEPHEN FUOCO
24 Wilkins Place
Haddonfield, New Jersey 08033
Tel:  (856) 354-1100
Attorneys for Plaintiff Edward France

LEON GREENBERG
wagelaw@hotmail.com
Attorney at Law
633 South 4th Street - Suite 9
Las Vegas, Nevada 89101
Tel:  (702) 383-6085
Fax:  (702) 385-1827
Attorney for Plaintiff David Bachrach

JOHN M. KELSON
kelsonlaw@sbcglobal.net
LAW OFFICE OF JOHN M. KELSON
1999 Harrison Street, Suite 700
Oakland, CA 94612
Tel:  (510) 465-1326
Fax:  (510) 465-0871
Attorney for Plaintiffs Winsome P.
Carter, James C. Howell, Jeffrey Kemp,
Andrea Loughlin, Henry V. M. Multala,
Burkhard Spring and Robert Traitz

4 – JOINT MOTION TO ALLOW FILING OF AMENDED COMPLAINT

May 01 2008 13:05  Swanson Thomas Coon     503-273-9175         p.6
04/30/2008 15:22 FAX  213 687 3702   MUNGER TOLLES & OLSON       ☒008/008
Apr 30 2008 12:47   Swanson Thomas Coon    503-273-9175         p.8

Additional Attorneys for the Plaintiffs:

MARK THIERMAN
laborlawyer@pacbell.net
THIERMAN LAW FIRM
7287 Lakeside Drive
Reno, NV 89571
Tel: (775) 284-1500
Fax: (775) 703-5027
Attorneys for Plaintiff David Bachrach

MICHAEL P. LYNN, P.C.
mlynn@lynnllp.com
CODY L. TOWNS
ctowns@lynnllp.com
LYNN TILLOTSON & PINKER, LLP
750 N. St. Paul Street, Suite 1400
Dallas, Texas 75201
Tel: (214) 981-3800
Fax: (214) 981-3839
Attorneys for Plaintiff Michael Wendling

CHRISTOPHER J. GRAY
gray@cjgraylaw.com
LAW OFFICES OF
CHRISTOPHER J. GRAY, P.C.
460 Park Avenue, 21st Floor
New York, New York 10022
Tel: (212) 838-3221
Fax: (212) 508-3695
Attorneys for Plaintiff Michael Wendling

LOUIS F. BURKE
lburke@lfblaw.com
LOUIS F. BURKE, P.C.
460 Park Avenue, 21st Floor
New York, New York 10022
Tel: (212) 682-1700
Fax: (212) 808-4280
Attorney for Plaintiff Michael Wendling

JOHN HALEBIAN
jhalebian@lshllp.com
LOVELL STEWART &
    HALEBIAN, LLP
500 Fifth Avenue, 58th Floor
New York, NY 10110
Tel: (212) 608-1900
Fax: (212) 719-4677
Attorneys for Plaintiffs Jeffrey Kemp,
Andrea Loughlin, James C. Howell,
Robert Traitz, Burkhard Spring, Henry
V. M. Multala, Winsome P. Carter and
Richard J. Testa, Jr.

5 – JOINT MOTION TO ALLOW FILING OF AMENDED COMPLAINT