JAMES S. COON
(Oregon State Bar No. 77145)
jcoon@stc-law.com
SWANSON THOMAS & COON
820 S.W. Second Avenue, Ste. 200
Portland, Oregon 97204
Tel:  (503) 228-5222; Fax:  (503) 273-9175

Attorneys for Plaintiffs JEFFREY POOLE
[Additional Attorneys follow signature page]

TERRY E. SANCHEZ (State Bar No. 101318)
MALCOLM A. HEINICKE (State Bar No. 194174)
KATHERINE M. FORSTER (State Bar No. 217609)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Tel:  (213) 683-9100, Fax:  (213) 687-3702

Leigh Ann Collings Tift
(Oregon State Bar 05473)
LITTLER MENDELSON, PC
600 University Street, Suite 3200
Seattle, Washington 98101-3122
Tel:  (206) 381-4905; Fax: (206) 447-6965

Attorneys for Defendant
MERRILL LYNCH, PIERCE, FENNER & SMITH
INCORPORATED

SECOND AMENDMENT TO STIPULATION RE: SETTLEMENT (CASE NO: 3:06-cv-01657-HA)

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JEFFREY POOLE, WINSOME P. CARTER, JAMES C. HOWELL, JEFFREY KEMP, ANDREA LOUGHLIN, HENRY V. M. MULTALA, ANTHONY PALUMBO, MARY O'REILLY, BURKHARD SPRING, DAVID BACHRACH, PETER R. GARRISON, ROBERT TRAITZ, EDWARD FRANCE, EDWARD C. REINHART, MICHAEL WENDLING and RICHARD J. TESTA, JR., on behalf of themselves, the general public, and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED, a corporation,<br><br>　　　　　　　Defendants. | CASE NO.  3:06-cv-01657-HA<br><br>**SECOND AMENDMENT TO THE JOINT STIPULATION OF SETTLEMENT OF CLASS ACTION AND RELEASE** |

　　　　This Second Amendment to the Joint Stipulation of Settlement of Class

Action and Release ("Amendment") is entered into between Plaintiffs David Bachrach

("Bachrach"), Edward France ("France"), Peter Garrison ("Garrison"), James C. Howell

("Howell"), Burkhard Spring ("Spring"), Henry V.M. Multala ("Multala"), Winsome P.

Carter ("Carter"), Andrea Loughlin ("Loughlin"), Jeffrey Kemp ("Kemp"), Anthony

Palumbo ("Palumbo"), Mary O'Reilly ("O'Reilly"), Jeffrey Poole ("Poole"), Edward C.

2

Reinhart ("Reinhart"), Robert Traitz ("Traitz") Richard J. Testa, Jr. ("Testa") and Michael Wendling ("Wendling") (collectively, "the Settling Named Plaintiffs" or "Class Representatives"), individually and as class representatives on behalf of the "Settlement Class" defined in Section V, Paragraph 1.2 of the Joint Stipulation of Settlement of Class Action and Release ("Agreement"), on the one hand, and Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch"), on the other hand. The settlement class and Merrill Lynch will be referred to collectively as the "Settling Parties."

WHEREAS, the Settling Parties wish to amend the Agreement as provided below:

NOW, THEREFORE, the undersigned attorneys of record, Dostart Clapp Gordon & Coveney, LLP and Munger, Tolles & Olson LLP, who are duly authorized to enter into this Amendment on behalf of the Class Representatives (for themselves and the Settlement Class Members) and Merrill Lynch, respectively, hereby agree as follows:

1. Section V, paragraph 1.5 of the Agreement is amended as follows:

    1.5  "Class Period" means the following applicable periods: (a) with respect to Financial Advisors who worked in any portion of the United States (but excluding California), Washington, D.C., and Puerto Rico other than the States of Massachusetts, New York, New Jersey, Oregon, Pennsylvania, Texas and Washington (except those Persons, if any, who have already opted into collective action lawsuits in the Other Pending Actions and for whom special provisions will account for their arguably longer claim periods), the period that runs from the date which is three years prior to the

3

date on which preliminary approval is given for the settlement in the Consolidated Action through December 31, 2007; (b) with respect to Financial Advisors who worked in Massachusetts, and only for those work months they worked in Massachusetts, September, 24, 2001, through December 31, 2007; (c) with respect to Financial Advisors who worked in New York, and for only those work months they worked in New York, May 5, 2000, through December 31, 2007; (d) with respect to Financial Advisors who worked in New Jersey, and for only those work months they worked in New Jersey, June 20, 2000, through December 31, 2007; (e) with respect to Financial Advisors who worked in Oregon, and for only those work months they worked in Oregon, November 16, 2001, through December 31, 2007; (f) with respect to Financial Advisors who worked in Pennsylvania, and for only those work months they worked in Pennsylvania, February 22, 2003, through December 31, 2007; (g) with respect to Financial Advisors who worked in Texas, and only for those work months they worked in Texas, October 26, 2002, through December 31, 2007; and (h) with respect to Financial Advisors who worked in Washington, and for only those work months they worked in Washington, May 9, 2003, through December 31, 2007.

//
//
//
//

    2.    Nothing in this Second Amendment shall affect the Maximum Settlement Amount or the Net Settlement Consideration set forth in the original Joint Stipulation of Settlement of Class Action and Release filed with and preliminarily approved by this Court.

DATED: February 23, 2009        DOSTART CLAPP GORDON
                                                          & COVENEY, LLP

                                                          By: s/James F. Clapp
                                                                JAMES F. CLAPP

                                                          Plaintiffs' Liaison Counsel

DATED: February 23, 2009        MUNGER, TOLLES & OLSON LLP

                                                          By: s/Terry E. Sanchez
                                                                TERRY E. SANCHEZ

                                                          Attorneys for Defendant
                                                          MERRILL LYNCH, PIERCE, FENNER
                                                          & SMITH INCORPORATED

| Additional Attorneys for the Plaintiffs: | |
|---|---|
| JAMES S. COON<br>(Oregon State Bar No. 77145)<br>jcoon@stc-law.com<br>SWANSON THOMAS & COON<br>820 S.W. Second Avenue, Ste. 200<br>Portland, Oregon 97204<br>Tel: (503) 228-5222<br>Fax: (503) 273-9175<br>Attorneys for Plaintiffs Edward C. Reinhart<br>and Jeffrey Poole | NORMAN SHABEL<br>nshabel@shabeldenittis.com<br>STEPHEN P. DENITTIS<br>sdenittis@shabeldenittis.com<br>SHABEL & DENITTIS, P.C.<br>5 Greentree Centre, Suite 302<br>Marlton, NJ 08053<br>Tel: (856) 797-9951<br>Fax: (856) 797-9978<br>Attorneys for Plaintiff Edward France |

SECOND AMENDMENT TO STIPULATION RE: SETTLEMENT (CASE NO: 3:06-cv-01657-HA)

| | |
|---|---|
| JERRY K. CIMMET<br>cimmet@att.net<br>Attorney at Law<br>177 Bovet Road, Suite 600<br>San Mateo, CA 94402<br>Tel:    (650) 866-4700<br>Fax:    (650) 866-4770<br>Attorney for Plaintiffs Winsome P. Carter, James C. Howell, Jeffrey Kemp, Andrea Loughlin, Henry V. M. Multala, Burkhard Spring and Robert Traitz | PHILIP STEPHEN FUOCO<br>pfuoco@msn.com<br>JOSEPH OSEFCHEN<br>josefchen@msn.com<br>LAW FIRM OF PHILIP STEPHEN FUOCO<br>24 Wilkins Place<br>Haddonfield, NJ 08033<br>Tel:    (856) 354-1100<br>Attorneys for Plaintiff Edward France |
| KENNETH LEHN<br>klehn@winnebanta.com<br>EDWARD P. D'ALESSIO<br>edalessio@winnebanta.com<br>WINNE, BANTA, HETHERINGTON,<br>        BASRALIAN & KAHN, P.C.<br>Court Plaza South<br>21 Main Street<br>P.O. Box 647<br>Hackensack, NJ 07601<br>Tel:    (201) 487-3800<br>Fax:    (201) 487-8529<br>Attorneys for Plaintiffs Winsome P. Carter, James C. Howell, Jeffrey Kemp, Andrea Loughlin, Henry V. M. Multala, Burkhard Spring and Robert Traitz | JEFFREY G. SMITH<br>smith@whafh.com<br>ROBERT ABRAMS<br>abrams@whafh.com<br>WOLF HALDENSTEIN ADLER<br>        FREEMAN & HERZ, LLP<br>270 Madison Avenue<br>New York, NY 10016<br>Tel:    (212) 545-4600<br>Fax:    (212) 545-46 53<br>Attorneys for Plaintiffs Anthony Palumbo, Mary O'Reilly and Peter R. Garrison |
| RICHARD GLICKMAN<br>glickmanlawcorp@yahoo.com<br>One Maritime Plaza<br>Suite 1600<br>San Francisco, CA 94111<br>Tel:    (415) 362-7685<br>Fax:    (415) 781-1034<br>Attorney for Plaintiffs Anthony Palumbo and Peter R. Garrison | LEON GREENBERG<br>wagelaw@hotmail.com<br>Attorney at Law<br>633 South 4th Street - Suite 9<br>Las Vegas, NV 89101<br>Tel:    (702) 383-6085<br>Fax:    (702) 385-1827<br>Attorney for Plaintiff David Bachrach |

| | |
|---|---|
| Additional Attorneys for the Plaintiffs: | |
| H. TIM HOFFMAN<br>hth@hoffmanandlazear.com<br>ARTHUR W. LAZEAR<br>awl@hoffmanandlazear.com<br>HOFFMAN & LAZEAR<br>180 Grand Avenue, Suite 1550<br>Oakland, CA 94612<br>Tel:   (510) 763-5700<br>Fax:   (510) 835-1311<br>Attorneys for Plaintiff Jeffrey Poole | JOHN M. KELSON<br>kelsonlaw@sbcglobal.net<br>LAW OFFICE OF JOHN M. KELSON<br>1999 Harrison Street, Suite 700<br>Oakland, CA 94612<br>Tel:   (510) 465-1326<br>Fax:   (510) 465-0871<br>Attorneys for Plaintiffs Winsome P. Carter, James C. Howell, Jeffrey Kemp, Andrea Loughlin, Henry V.M. Multala, Burkhard Spring and Robert Traitz |
| MARK THIERMAN<br>laborlawyer@pacbell.net<br>THIERMAN LAW FIRM<br>7287 Lakeside Drive<br>Reno, NV 89571<br>Tel:   (775) 284-1500<br>Fax:   (775) 703-5027<br>Attorneys for Plaintiff David Bachrach | MICHAEL P. LYNN, P.C.<br>mlynn@lynnllp.com<br>CODY L. TOWNS<br>ctowns@lynnllp.com<br>LYNN TILLOTSON & PINKER, LLP<br>750 N. St. Paul Street, Suite 1400<br>Dallas, TX 75201<br>Tel:   (214) 981-3800<br>Fax:   (214) 981-3839<br>Attorneys for Plaintiff Michael Wendling |
| CHRISTOPHER J. GRAY<br>gray@cjgraylaw.com<br>LAW OFFICES OF<br>CHRISTOPHER J. GRAY, P.C.<br>460 Park Avenue, 21st Floor<br>New York, NY 10022<br>Tel:   (212) 838-3221<br>Fax:   (212) 508-3695<br>Attorneys for Plaintiff Michael Wendling | LOUIS F. BURKE<br>lburke@lfblaw.com<br>LOUIS F. BURKE, P.C.<br>460 Park Avenue, 21st Floor<br>New York, NY 10022<br>Tel:   (212) 682-1700<br>Fax:   (212) 808-4280<br>Attorney for Plaintiff Michael Wendling |
| JOHN HALEBIAN<br>jhalebian@lshllp.com<br>LOVELL STEWART &<br>        HALEBIAN, LLP<br>500 Fifth Avenue, 58th Floor<br>New York, NY 10110<br>Tel:   (212) 608-1900<br>Fax:   (212) 719-4677<br>Attorneys for Plaintiffs Jeffrey Kemp, Andrea Loughlin, James C. Howell, Robert Traitz, Burkhard Spring, Henry V. M. Multala, Winsome P. Carter and Richard J. Testa, Jr. | CODY L. TOWNS<br>ctowns@lynnllp.com<br>LYNN TILLOTSON & PINKER, LLP<br>750 N. St. Paul Street, Suite 1400<br>Dallas, TX 75201<br>Tel:  (214) 981-3800<br>Fax:  (214) 981-3839<br>Attorneys for Plaintiff Michael Wendling |

| | |
|---|---|
| BRENDAN MONAHAN<br>bmonahan@vmslaw.com<br>VELIKANJE, MOORE<br> & SHORE, P.S.<br>405 East Lincoln Avenue<br>P.O. Box 22550<br>Yakima, WA 98907<br>Tel: (509) 248-6030<br>Fax: (509) 453-6880<br>Attorneys for Plaintiff Edward C. Reinhart | ANDREW R. JACOBS<br>EPSTEIN, FITZSIMMONS, BROWN,<br>GIOIA, JACOBS & SPROULS<br>245 Green Village Road<br>P.O. Box 901<br>Chatham Township, NJ 07928<br>Tel: (973) 593-4900<br>Fax: (973) 593-0179<br>Attorneys for Plaintiff Peter R. Garrison |