JAMES S. COON (Oregon State Bar No. 771450)
jcoon@stc-law.com
SWANSON THOMAS & COON
820 S.W. Second Avenue, Ste. 200
Portland, OR 97204
Tel:   (503) 228-5222
Fax:   (503) 273-9175
Attorneys for Plaintiff Jeffrey Poole

LEIGH ANN COLLINGS-TIFT (Oregon State Bar No. 054732)
ltift@littler.com
LITTLER MENDELSON, P.C.
600 University Street, Suite 3200
Seattle, Washington 98101-3122
Tel:   (206) 623-3300
Fax:   (206) 447-6965
Attorneys for Defendant

[Additional Plaintiffs' and Defendant's Attorneys follow signature page]

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JEFFREY POOLE, WINSOME P. CARTER, JAMES C. HOWELL, JEFFREY KEMP, ANDREA LOUGHLIN, HENRY V. M. MULTALA, ANTHONY PALUMBO, MARY O'REILLY, BURKHARD SPRING, DAVID BACHRACH, PETER R. GARRISON, ROBERT TRAITZ, EDWARD FRANCE, EDWARD C. REINHART, MICHAEL WENDLING and RICHARD J. TESTA, JR., on behalf of themselves, the general public, and all others similarly situated,<br><br>                    Plaintiffs,<br><br>      vs.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,<br><br>                    Defendant. | CASE NO. CV 06-1657 HA<br><br>NOTICE OF JOINT UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT<br><br>[REQUEST FOR ORAL ARGUMENT]<br><br>DATE: November 30, 2009<br>TIME:  1:30 p.m.<br>CTRM.: 13<br><br>Hon. Ancer L. Haggerty |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiffs Jeffrey Poole, Winsome P. Carter, James C. Howell, Jeffrey Kemp, Andrea Loughlin, Henry V. M. Multala, Anthony Palumbo, Mary O'Reilly, Burkhard Spring, David Bachrach, Peter R. Garrison, Robert Traitz, Edward France, Edward C. Reinhart, Michael Wendling and Richard J. Testa, Jr. (collectively, "Plaintiffs") and Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch"), hereby jointly move the Court for final approval of the class and collective action settlement ("Settlement") which was preliminary approved by the Court on November 26, 2008, Docket Item No. 63.

This joint motion is based on this Notice, as well as the Memorandum of Points and Authorities, and the Declaration of Stephen P. DeNittis and Exhibits, filed herewith.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's November 26, 2008 order granting preliminary approval of class and collective action settlement, the Court scheduled a final fairness hearing in this matter for Monday, November 30, 2009 at 1:30pm. Pursuant to Local Rule 7-3(e), any opposition to this motion must be filed and served within eleven (11) days after service of the motion, and any reply must be filed within eleven (11) days after service of the opposition.

Dated: October 29, 2009                                Submitted By,

                                                                        SWANSON THOMAS & COON

                                                                        By: s / James S. Coon
                                                                           JAMES S. COON
                                                                           Oregon State Bar No. 771450
                                                                           (503) 228-5222
                                                      Attorneys for Plaintiff Jeffrey Poole, and, as
                                                      authorized, as Attorneys for all Plaintiffs

- 2 -

                LITTLER MENDELSON, PC

                By: s/ Leigh Ann Collings Tift
                    LEIGH ANN COLLINGS TIFT
                    Oregon State Bar No. 054732
                    (206) 623-3300
                Attorneys for Defendant Merrill Lynch, Pierce,
                Fenner & Smith Incorporated

- 2 -

Additional Attorneys for the Plaintiffs:

| | |
|---|---|
| JAMES F. CLAPP<br>jclapp@sdlaw.com<br>DOSTART, CLAPP, GORDON &<br>      COVENEY, LLP<br>4370 La Jolla Village Drive<br>Suite 970<br>San Diego, CA 92122<br>Tel:   (858) 623-4200<br>Fax:  (858) 623-4299<br>Attorneys for Plaintiffs Edward C. Reinhart and Jeffrey Poole | NORMAN SHABEL<br>nshabel@shabeldenittis.com<br>STEPHEN P. DENITTIS<br>sdenittis@shabeldenittis.com<br>SHABEL & DENITTIS, P.C.<br>5 Greentree Centre, Suite 302<br>Marlton, New Jersey 08053<br>Tel:   (856) 797-9951<br>Fax:  (856) 797-9978<br>Attorneys for Plaintiff Edward France |
| JEFFREY G. SMITH<br>smith@whafh.com<br>ROBERT ABRAMS<br>abrams@whafh.com<br>WOLF HALDENSTEIN ADLER<br>      FREEMAN & HERZ, LLP<br>270 Madison Avenue<br>New York, NY 10016<br>Tel:   (212) 545-4600<br>Fax:  (212) 545-46 53<br>Attorneys for Plaintiffs Anthony Palumbo, Mary O'Reilly and Peter R. Garrison | KENNETH LEHN<br>klehn@winnebanta.com<br>EDWARD P. D'ALESSIO<br>edalessio@winnebanta.com<br>WINNE, BANTA, HETHERINGTON,<br>      BASRALIAN & KAHN, P.C.<br>Court Plaza South<br>21 Main Street<br>P.O. Box 647<br>Hackensack, New Jersey 07601<br>Tel:   (201) 487-3800<br>Fax:  (201) 487-8529<br>Attorneys for Plaintiffs Winsome P. Carter, James C. Howell, Jeffrey Kemp, Andrea Loughlin, Henry V. M. Multala, Burkhard Spring and Robert Traitz |

| | |
|---|---|
| JERRY K. CIMMET<br>cimmet@att.net<br>Attorney at Law<br>177 Bovet Road, Suite 600<br>San Mateo, CA 94402<br>Tel:    (650) 866-4700<br>Fax:    (650) 866-4770<br>Attorney for Plaintiffs Winsome P. Carter, James C. Howell, Jeffrey Kemp, Andrea Loughlin, Henry V. M. Multala, Burkhard Spring and Robert Traitz | PHILIP STEPHEN FUOCO<br>pfuoco@msn.com<br>JOSEPH OSEFCHEN<br>josefchen@msn.com<br>LAW FIRM OF<br>PHILIP STEPHEN FUOCO<br>24 Wilkins Place<br>Haddonfield, New Jersey 08033<br>Tel:    (856) 354-1100<br>Attorneys for Plaintiff Edward France |
| RICHARD GLICKMAN<br>glickmanlawcorp@yahoo.com<br>One Maritime Plaza<br>Suite 1600<br>San Francisco, CA 94111<br>Tel:    (415) 362-7685<br>Fax:    (415) 781-1034<br>Attorney for Plaintiffs Anthony Palumbo and Peter R. Garrison | LEON GREENBERG<br>wagelaw@hotmail.com<br>Attorney at Law<br>633 South 4th Street - Suite 9<br>Las Vegas, Nevada 89101<br>Tel:    (702) 383-6085<br>Fax:    (702) 385-1827<br>Attorney for Plaintiff David Bachrach |
| H. TIM HOFFMAN<br>hth@hoffmanandlazear.com<br>ARTHUR W. LAZEAR<br>awl@hoffmanandlazear.com<br>HOFFMAN & LAZEAR<br>180 Grand Avenue, Suite 1550<br>Oakland, CA 94612<br>Tel:    (510) 763-5700<br>Fax:    (510) 835-1311<br>Attorneys for Plaintiff Jeffrey Poole | JOHN M. KELSON<br>kelsonlaw@sbcglobal.net<br>LAW OFFICE OF JOHN M. KELSON<br>1999 Harrison Street, Suite 700<br>Oakland, CA  94612<br>Tel:    (510) 465-1326<br>Fax:    (510) 465-0871<br>Attorney for Plaintiffs Winsome P. Carter, James C. Howell, Jeffrey Kemp, Andrea Loughlin, Henry V. M. Multala, Burkhard Spring and Robert Traitz |

NOTICE OF JOINT UNOPPOSED MOTION FOR FINAL APPROVAL OF
CLASS AND COLLECTIVE ACTION SETTLEMENT

Additional Attorneys for the Plaintiffs:

| | |
|---|---|
| MARK THIERMAN<br>laborlawyer@pacbell.net<br>THIERMAN LAW FIRM<br>7287 Lakeside Drive<br>Reno, NV 89571<br>Tel:   (775) 284-1500<br>Fax:   (775) 703-5027<br>Attorneys for Plaintiff David Bachrach | MICHAEL P. LYNN, P.C.<br>mlynn@lynnllp.com<br>CODY L. TOWNS<br>ctowns@lynnllp.com<br>LYNN TILLOTSON & PINKER, LLP<br>750 N. St. Paul Street, Suite 1400<br>Dallas, Texas 75201<br>Tel:   (214) 981-3800<br>Fax:   (214) 981-3839<br>Attorneys for Plaintiff Michael Wendling |
| CHRISTOPHER J. GRAY<br>gray@cjgraylaw.com<br>LAW OFFICES OF<br>CHRISTOPHER J. GRAY, P.C.<br>460 Park Avenue, 21st Floor<br>New York, New York 10022<br>Tel:   (212) 838-3221<br>Fax:   (212) 508-3695<br>Attorneys for Plaintiff Michael Wendling | LOUIS F. BURKE<br>lburke@lfblaw.com<br>LOUIS F. BURKE, P.C.<br>460 Park Avenue, 21st Floor<br>New York, New York 10022<br>Tel:   (212) 682-1700<br>Fax:   (212) 808-4280<br>Attorney for Plaintiff Michael Wendling |
| JOHN HALEBIAN<br>jhalebian@lshllp.com<br>LOVELL STEWART &<br>          HALEBIAN, LLP<br>500 Fifth Avenue, 58th Floor<br>New York, NY 10110<br>Tel:   (212) 608-1900<br>Fax:   (212) 719-4677<br>Attorneys for Plaintiffs Jeffrey Kemp, Andrea Loughlin, James C. Howell, Robert Traitz, Burkhard Spring, Henry V. M. Multala, Winsome P. Carter and Richard J. Testa, Jr. | |

- 5 -
NOTICE OF JOINT UNOPPOSED MOTION FOR FINAL APPROVAL OF
CLASS AND COLLECTIVE ACTION SETTLEMENT

Additional Attorneys for the Defendant:

TERRY E. SANCHEZ
MALCOLM A. HEINICKE
KATHERINE M. FORSTER
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California  90071-1560
Tel:   (213) 683-9100
Fax:   (213) 687-3702

85050.1