**Dennis P. Rawlinson, P.C.**
**OSB No. 763028**
dennis.rawlinson@millernash.com
**Bruce L. Campbell, P.C.**
**OSB No. 925377**
bruce.campbell@millernash.com
MILLER NASH LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204-3699
Telephone:  (503) 224-5858
Facsimile:  (503) 224-0155

Attorneys for The Law Office of Christopher J. Gray, P.C., Louis F. Burke, P.C., and Lynn Tillotson Pinker & Cox, LLP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| JEFFREY POOLE, WINSOME P. CARTER, JAMES C. HOWELL, JEFFREY KEMP, ANDREA LOUGHLIN, HENRY V. M. MULTALA, ANTHONY PALUMBO, MARY O'REILLY, BURKHARD SPRING, DAVID BACHRACH, PETER R. GARRISON, ROBERT TRAITZ, EDWARD FRANCE, EDWARD C. REINHART, MICHAEL WENDLING, and RICHARD J. TESTA, JR., on behalf of themselves, the general public, and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v. | CV No. 06-1657-HA<br><br>NOTICE OF APPEAL |

Page 1 -    Notice of Appeal

PDXDOCS:1915882.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204-3699

MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATION,

          Defendant.

        Notice is hereby given that the Law Office of Christopher J. Gray, P.C., Louis F. Burke, P.C., and Lynn Tillotson Pinker & Cox, LLP in the above-named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the order issued by the U.S. District Court, District of Oregon entered in this action on December 8, 2010.

        DATED this 7th day of January, 2011.

                    MILLER NASH LLP

                    s/ Bruce L. Campbell
                    Dennis P. Rawlinson, P.C.,
                    OSB No. 763028
                    dennis.rawlinson@millernash.com
                    Bruce L. Campbell, P.C.
                    OSB No. 925377
                    bruce.campbell@millernash.com
                    Phone: (503) 224-5858
                    Fax: (503) 224-0155

                    Attorneys for The Law Office of Christopher J. Gray, P.C., Louis F. Burke, P.C., and Lynn Tillotson Pinker & Cox, LLP

Page 2 -    Notice of Appeal

PDXDOCS:1915882.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204-3699

I hereby certify that I served the foregoing notice of appeal on:

James S. Coon
SWANSON THOMAS & COON
820 S.W. Second Avenue, Suite 200
Portland, Oregon  97204
Telephone:  (503) 228-5222
E-mail:  jcoon@stc-law.com

Attorneys for Plaintiff Jeffrey Poole

James F. Clapp
DOSTART, CLAPP, GORDON
   & COVENEY, LLP
4370 La Jolla Village Drive, Suite 970
San Diego, California  92122
Telephone:  (858) 623-4200
E-mail:  jclapp@sdlaw.com

Attorneys for Plaintiffs Edward C. Reinhart and Jeffrey Poole

Kenneth Lehn
Edward P. D'Alessio
WINNE, BANTA, HETHERINGTON,
   BASRALIAN & KAHN, P.C.
Court Plaza South
21 Main Street
Post Office Box 647
Hackensack, New Jersey  07601
Telephone:  (201) 487-3800
E-mail:  klehn@winnebanta.com
             edalessio@winnebanta.com

Attorneys for Plaintiffs Winsome P. Carter, James C. Howell, Jeffrey Kemp, Andrea Loughlin, Henry V. M. Multala, Burkhard Spring, and Robert Traitz

Jerry K. Cimmet
177 Bovet Road, Suite 600
San Mateo, California  94402
Telephone:  (650) 866-4700
E-mail:  cimmet@att.net

Attorney for Plaintiffs Winsome P. Carter, James C. Howell, Jeffrey Kemp, Andrea Loughlin, Henry V. M. Multala, Burkhard Spring, and Robert Traitz

Norman Shabel
Stephen P. Denittis
SHABEL & DENITTIS, P.C.
5 Greentree Centre, Suite 302
Marlton, New Jersey  08053
Telephone:  (856) 797-9951
Fax:  (856) 797-9978
E-mail:  nshabel@shabeldenittis.com
             sdenittis@shabeldenittis.com

Attorneys for Plaintiff Edward France

Jeffrey G. Smith
Robert Abrams
WOLF HALDENSTEIN ADLER FREEMAN & HERZ, LLP
270 Madison Avenue
New York, New York  10016
Telephone: (212) 545-4600
Fax:  (212) 545-4653
E-mail:  smith@whafh.com
             abrams@whafh.com

Attorneys for Plaintiffs Anthony Palumbo, Mary O'Reilly and Peter R. Garrison

Page 1 -    Certificate of Service

PDXDOCS:1915882.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204-3699

Philip Stephen Fuoco
Joseph Osefchen
LAW FIRM OF PHILIP STEPHEN FUOCO
24 Wilkins Place
Haddonfield, New Jersey 08033
Telephone: (856) 354-1100
E-mail: pfuoco@msn.com
        josefchen@msn.com

Attorneys for Plaintiff Edward France

Leon Greenberg
633 South 4th Street, Suite 9
Las Vegas, Nevada 89101
Telephone: (702) 383-6085
Fax: (702) 385-1827
E-mail: wagelaw@hotmail.com

Attorney for Plaintiff David Bachrach

Christopher J. Gray
LAW OFFICE OF CHRISTOPHER J. GRAY, P.C.
460 Park Avenue, 21st Floor
New York, New York 10022
Telephone: (212) 838-3221
Fax: (212) 508-3695
E-mail: gray@cjgraylaw.com

Attorneys for Plaintiff Michael Wendling

John M. Kelson
LAW OFFICE OF JOHN M. KELSON
1999 Harrison Street, Suite 700
Oakland, California 94612
Telephone: (510) 465-1326
Fax: (510) 465-0871
E-mail: kelsonlaw@sbcglobal.net

Attorney for Plaintiffs Winsome P. Carter, James C. Howell, Jeffrey Kemp, Andrea Loughlin, Henry V. M. Multala, Burkhard Spring, and Robert Traitz

Richard Glickman
One Maritime Plaza, Suite 1600
San Francisco, California 94111
Telephone: (415) 362-7685
Fax: (415) 781-1034
E-mail: glickmanlawcorp@yahoo.com

Attorney for Plaintiffs Anthony Palumbo and Peter R. Garrison

Mark Thierman
THERMAN LAW FIRM
7287 Lakeside Drive
Reno, Nevada 89571
Telephone: (775) 284-1500
E-mail: laborlawyer@pacbell.net

Attorneys for Plaintiff David Bachrach

H. Tim Hoffman
Arthur W. Lazear
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, California 94612
Telephone: (510) 763-5700
E-mail: hth@hoffmanandlazear.com
       awl@hoffmanandlzear.com

Attorneys for Plaintiff Jeffrey Poole

Michael P. Lynn, P.C.
Cody L. Towns
LYNN TILLOTSON PINKER & COX, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800
Fax: (214) 981-3839
E-mail: mlynn@lynnllp.com
       ctowns@lynnllp.com

Attorneys for Plaintiff Michael Wendling

Page 2 -    Certificate of Service

PDXDOCS:1915882.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204-3699

| | |
|---|---|
| Louis F. Burke<br>LOUIS F. BURKE, P.C.<br>460 Park Avenue, 21st Floor<br>New York, New York  10022<br>Telephone:  (212) 682-1700<br>Fax:  (212) 808-4280<br>E-mail:  lburke@lfblaw.com<br><br>Attorney for Plaintiff Michael Wendling | John Halebian<br>LOVELL STEWART & HALEBIAN, LLP<br>500 Fifth Avenue, 58th Floor<br>New York, New York  10110<br>Telephone:  (212) 608-1900<br>Fax:  (212) 719-4677<br>E-mail:  jhalebian@lshllp.com<br><br>Attorneys for Plaintiffs Jeffrey Kemp, Andrea Loughlin, James C. Howell, Robert Traitz, Burkhard Spring, Henry V. M. Multala, Winsome P. Carter, and Richard J. Testa, Jr. |
| Leigh Ann Collings Tift<br>LITTLER MENDELSON, PC<br>One Union Square<br>600 University, Suite 3200<br>Seattle, Washington  98101<br>Telephone:  (206) 381-4905<br>E-mail:  ltift@littler.com<br><br>Attorneys for Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated | Malcolm A. Heinicke<br>Munger, Tolles & Olson LLP<br>560 Mission Street 27th Floor<br>San Francisco, California  94105<br>E-mail:  malcolm.heinicke@mto.com<br><br>Attorney for Defendant Merrill Lynch, Pierce, Fenner & Smith Inc. |
| Lake James H. Perriguey<br>Law Works LLC<br>618 N.W. Glisan Street, Suite 203<br>Portland, Oregon  97209<br>Email:  lake@law-works.com<br><br>Attorney for Gregory M. Christopher | Marita Murphy Lauinger<br>Dostart Clapp Gordon & Coveney<br>4370 La Jolla Village Drive, Suite, 970<br>San Diego, California  92122<br>E-mail:  mlauinger@sdlaw.com<br><br>Attorney for Plaintiff Jeffrey Poole |
| Megan Annand<br>Law Office of Megan B Annand<br>6101 Griffin Lane<br>Medford, Oregon  97501<br>Email;  meganannan@aol.com<br><br>Attorney for Plaintiff Jeffrey Poole, Winsome P. Carter, James C. Howell, Jeffrey Kemp, Henry V.M. Multala, Burkhard Spring, & Robert Traitz | Terry E. Sanchez<br>Munger, Tolles & Olson LLP<br>355 South Grand Avenue 35th Floor<br>Los Angeles, California  90071-1560<br>E-mail:  terry.sanchez@mto.com<br><br>Attorney for Defendant Merrill Lynch, Pierce, Fenner & Smith Inc. |
| Edward F. Siegel<br>27600 Chagrin Blvd., Suite 340<br>Cleveland, Ohio 44122<br>E-mail: efsiegel@efs-law.com<br><br>Attorney for Gregory M. Christopher, Jason Dilauro, Michael C. Spolar | |

by the following indicated method or methods on the date set forth below:

Page 3 -    Certificate of Service

PDXDOCS:1915882.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204-3699

☒      **CM/ECF system transmission.**

☐      **Facsimile communication device.**

☒      **First-class mail, postage prepaid.**

DATED this 7th day of day of January, 2011.

                        s/ Bruce L. Campbell
                        Bruce L. Campbell
                        Oregon State Bar No. 925377

                        Of Attorneys for The Law Office of
                        Christopher J. Gray, P.C., Louis F. Burke, P.C.,
                        and Lynn Tillotson Pinker & Cox, LLP

Page 4 -    Certificate of Service

PDXDOCS:1915882.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204-3699