**FILED**

UNITED STATES COURT OF APPEALS

APR 19 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JEFFREY POOLE; et al.,<br><br>    Plaintiffs,<br><br> and<br><br>THE LAW OFFICES OF CHRISTOPHER J. GRAY, P.C.; et al.,<br><br>    Appellants,<br><br>  v.<br><br>SWANSON THOMAS & COON; et al.,<br><br>    Appellees,<br><br> and<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC.,<br><br>    Defendant. | No. 11-35065<br><br>D.C. No. 3:06-cv-01657-HA<br>District of Oregon,<br>Portland<br><br><br>ORDER |

AJ/Mediation

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT


By: Ann Julius
Circuit Mediator

AJ/Mediation